UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANSON WILLIAM HAMM,<br><br>                    Plaintiff,<br>v.<br><br>PATTY McCARTHY et al.,<br><br>                    Defendants. | Case No. 3:21-cv-05464-RAJ-TLF<br><br>REPORT AND RECOMMENDATION<br><br>Noted for September 17, 2021 |

This case has been referred to Magistrate Judge Theresa L. Fricke pursuant to 28 U.S.C. § 636(b)(1) and Local Rule MJR 3 and 4. This matter comes before the Court on plaintiff's failure to correct defects in his application to proceed *in forma pauperis* ("IFP"). Dkt. 4.

On June 25, 2021, plaintiff submitted a *pro se* prisoner civil rights complaint without paying the filing fee or applying to proceed *in forma pauperis* ("IFP"). Dkt. 1. By letter dated June 25, 2021, the Clerk informed plaintiff he must either pay the filing fee or submit an IFP application, and that the failure to do so by July 26, 2021 may result in dismissal of the case. Dkt. 2. On July 22, 2021, plaintiff filed an incomplete IFP application. Dkt. 4.

The Clerk sent plaintiff a letter on July 22, 2021 informing him the IFP application was deficient. Dkt. 5. The Clerk informed plaintiff he must submit a certified copy of his

REPORT AND RECOMMENDATION - 1

prison trust account showing transactions for the last six months by August 23, 2021, or the case may be dismissed. *Id.*

Petitioner has not responded to the Clerk's letter to cure the deficiencies in his IFP application. The Court therefore recommends this case be **DISMISSED without prejudice and with leave to re-file** due to plaintiff's failure to comply with a directive of the Court.

The parties have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); Federal Rule of Civil Procedure (FRCP) 72(b); *see also* FRC P 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed set this matter for consideration on **September 17, 2021**, as noted in the caption.

Dated this 1st day of September, 2021.

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2