UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANSON WILLIAM HAMM, | CASE NO. 3:21-cv-05464-TL |
| Plaintiff, | ORDER |
| v. | |
| PATTY MCCARTHY et al., | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint is DISMISSED without prejudice and with leave to refile; and

(3) The Clerk is directed to close the case.

Dated this _6_ day of January, 2022.

ORDER - 1

Tana Lin
United States District Judge

ORDER - 2